U.S. DISTRICT COURT
SAVANNAH DIV.

2017 MAR 14 PM 2: 40

CLERK
S. DIST. OF GA.



**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) ) ) | |
| v. | ) ) | CASE NO. CV416-265 |
| THE JUDGE ORGANIZATION, LLC and JUDGE WAREHOUSING, LLC, | ) ) ) ) | |
| Defendants and Counter-Plaintiffs. | ) ) ) ) | |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant Judge Organization, LLC, as well as Defendant Judge Organization, LLC's counter-claims, are **DISMISSED WITHOUT PREJUDICE**. Each party in this action shall bear its own costs and attorney fees.

SO ORDERED this 14th day of March 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA