IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

*By James Burrell at 11:54 am, Oct 18, 2017*

NORFOLK SOUTHERN RAILWAY        )
COMPANY,                        )
     Plaintiff,                 )
                                )
v.                              )   Case No.:  4:16-cv-00265-WTM-GRS
                                )
JUDGE WAREHOUSING, LLC,         )
     Defendant,                 )
                                )
_____)

## ORDER GRANTING CONSENT MOTION TO DEPOSE FACT WITNESS

Before this Court is the plaintiff's and the defendant's Consent Motion to Take

The Deposition Of A Fact Witness.  Having been reviewed and considered, the Motion

is hereby **GRANTED**.  The parties are authorized to depose Brig Burgess on November

6, 2017.  The remainder of the Scheduling Order shall remain in effect.

     SO ORDERED this __18th__ day of October, 2017.

_____
HONORABLE G. R. SMITH
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA