IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NORFOLK SOUTHERN RAILWAY )
COMPANY, )
 )
    Plaintiff and Counter- )
    Defendant, )
 )
v. ) CASE NO. CV416-265
 )
JUDGE WAREHOUSING, LLC, )
 )
    Defendant, Counter- )
    Plaintiff, and Counter- )
    Defendant, )
 )
v. )
 )
CENTERPOINT GARDEN CITY LLC, )
 )
    Counter-Defendant and )
    Counter-Plaintiff. )
_____ )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 42.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Counter-Plaintiff Judge Warehousing, LLC's counter-claims against Counter-Defendant CenterPoint Garden City LLC, as well as Counter-Plaintiff CenterPoint Garden City LLC counter-claims against Counter-Defendant Judge Warehousing, LLC, are all **DISMISSED WITHOUT PREJUDICE**. As a result,

CenterPoint Garden City LLC is **DISMISSED** from this case. Each party in this action shall bear its own costs and attorney fees.

SO ORDERED this 23rd day of October 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA