IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 1:14 pm, Jan 17, 2018

NORFOLK SOUTHERN RAILWAY )
COMPANY, )
                                )
    Plaintiff, )
                                )
v. ) Case No.: 4:16-cv-00265-WTM-GRS
                                )
JUDGE WAREHOUSING, LLC )
                                )
    Defendant. )

## **ORDER**

Having read Judge Warehousing, LLC's Motion to Stay the Motion Deadline, it is hereby ordered that the current February 15, 2018 motion deadline is stayed until such time as the Court decides the defendant's motion to refer (Doc. 48). The parties are directed to confer and submit a proposed amended scheduling order containing an updated motion deadline within ten days of the date the Court issues a ruling upon the motion to refer.

So ordered this 16th day of January, 2018.

                                                  _____
                                                  Hon. G. R. Smith
                                                  Magistrate Judge, United States District Court
                                                  Southern District of Georgia