IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

M
1·30          20 18
Deputy Clerk

NORFOLK SOUTHERN RAILWAY
COMPANY,

    Plaintiff,

v.

JUDGE WAREHOUSING, LLC,

    Defendant,

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 4:16-cv-00265-WTM-GRS

## ORDER ON JUDGE WAREHOUSING, LLC'S UNOPPOSED MOTION
## TO FILE CERTAIN EXHIBITS UNDER SEAL

Having reviewed and considered Judge Warehousing LLC's unopposed motion to file certain documents as exhibits under seal, and good cause having been shown, it is hereby ORDERED that until further order of the Court the attached Exhibits to Defendant's Response to Plaintiff's Motion to Compel Discovery, shall be placed and maintained under seal.

So ordered this 30th day of January, 2018.

Hon. G. R. Smith
Magistrate Judge, United States District Court
Southern District of Georgia

Order prepared by:

/s/ Jason Pedigo
Jason Pedigo
Georgia State Bar No. 140989
Ellis, Painter, Ratterree & Adams LLP
2 East Bryan Street, 10th Floor
Savannah, GA 31401
T: 912-233-9700
F: 912-233-2281
pedigo@epra-law.com
Attorney for Defendant