IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA, SAVANNAH DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY<br><br>                           Plaintiff,<br><br>v.<br><br>JUDGE WAREHOUSING, LLC,<br>                           Defendant. | NO. 4:16-cv-00265-WTM-GRS |

FILED
Scott L. Poff, Clerk
United States District Court
By James Burrell at 11:06 am, Feb 12, 2018

## ORDER ON PLAINTIFF NORFOLK SOUTHERN RAILWAY COMPANY'S UNOPPOSED MOTION TO FILE CERTAIN EXHIBIT UNDER SEAL

Having reviewed and considered Norfolk Southern Railway Company's unopposed motion to file a certain document as an exhibit under seal, and good cause having been shown, it is hereby ORDERED that until further order of the Court the attached Exhibit to Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Compel Discovery, shall be placed and maintained under seal.

So ordered this 12th day of February, 2018.

_____
Hon. G.R. Smith
Magistrate Judge, United States District Court
Southern District of Georgia

Order prepared by:

s/ Christopher J. Merrick
Christopher J. Merrick (*pro hac vice*)
Keenan Cohen & Merrick, PC
125 Coulter Ave., Suite 1000
Ardmore, PA 19003
T: 215-609-1110
F: 215-609-1117
cmerrick@freightlaw.net

Robert S.D. Pace
Georgia State Bar No. 558460
Brennan, Wasden & Painter, LLC
411 East Liberty Street
Savannah, GA 31401
T: 912-232-6700
F: 912-232-0799
rpace@brennanwasden.com
*Attorneys for Plaintiff*